704

and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Bezanis, Appellant.

Submitted December 8, 1972. *R. Barclay Surrick,* Assistant Public Defender, for appellant; *Anna I. Vadino* and *Ralph B. D'Iorio,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Bezanis, Appellant.

Submitted December 8, 1972. *R. Barclay Surrick,* Assistant Public Defender, for appellant; *Anna I. Vadino* and *Ralph B. D'Iorio,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Bowden, Appellant.

Submitted December 7, 1972. *Guy T. Moore,* and *Saul, Ewing, Remick & Saul,* for appellant; *James A. Shellenberger, James T. Ran-*